```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT RITCH, M.D. and ROBERT RITCH,        :
M.D., LLC,                                  :
                                            :
                Plaintiffs,                 :         ORDER
                                            :
        -against-                           :         20-CV-7344 (KNF)
                                            :
NEW YORK EYE AND EAR INFIRMARY and          :
JAMES C. TSAI, M.D., MT. SINAI,             :
                                            :
                Defendants.                 :
------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephonic conference was held on December 3, 2020, with counsel to the respective parties. Based on the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before April 30, 2021;

2. the last date on which to amend pleadings will be January 15, 2021;

3. the last date on which to join additional parties will be January 15, 2021;

4. a telephonic status conference will be held with the parties on March 4, 2021, at 11:15 a.m. The parties shall use dial in (888) 557-8511 and enter access code 4862532;

5. any dispositive motion shall be filed on or before June 1, 2021;

6. the response to any such motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court; and

7. if no dispositive motion is made, the parties shall submit their joint pretrial order to the Court on or before June 1, 2021. That document must conform to the

requirements for such an order that are found in the Court's Individual Rules of Practice.

Dated: New York, New York
December 4, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE