UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT RITCH, M.D. and ROBERT RITCH, :
M.D., LLC, :
 :
                Plaintiffs, :      ORDER
 :
      -against- :      20-CV-7344 (KNF)
 :
NEW YORK EYE AND EAR INFIRMARY and :
JAMES C. TSAI, M.D., MT. SINAI, :
 :
              Defendants. :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Counsel to the plaintiffs failed to participate in the telephonic status conference scheduled for March 4, 2021. Therefore, the conference is rescheduled to March 9, 2021, at 11:00 a.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York      SO ORDERED:
       March 4, 2021

                                                              _/s/ Kevin Nathaniel Fox_____
                                                              KEVIN NATHANIEL FOX
                                                              UNITED STATES MAGISTRATE JUDGE