

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965

August 4, 2021                              MEMORANDUM ENDORSEMENT

**VIA ECF**

Honorable Kevin N. Fox
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**   **Ritch, et al. v. New York Eye and Ear Infirmary, et al.**
         **20 Civ. 7344 (KNF)**

Dear Judge Fox:

  We represent Defendants New York Eye and Ear Infirmary of Mount Sinai, Dr. James C. Tsai, and the Mount Sinai Health System, Inc.  This morning, I e-mailed counsel for Plaintiff, David Bythewood, regarding the Court's Order that the parties submit a proposed discovery by this Friday, August 6, 2021.  Later this morning, I received an e-mail from Mr. Bythewood, stating that he was hospitalized last night with sepsis, expects to complete his treatment by August 27, 2021, and asking me to forward his email to the Court and request an extension of time to file the discovery plan.  A copy of Mr. Bythewood's email is attached.  We understand Mr. Bythewood to be requesting a three-week extension of time from August 6 to August 27, 2021 to submit a proposed revised discovery plan.  I consent to this request.

Respectfully submitted,

/s/ Rory J. McEvoy

Rory J. McEvoy

Attachment

cc:   David Bythewood, Esq., Attorney for Plaintiffs (via ECF)

              8/18/21
              Application granted.
              SO ORDERED:

              _____
              KEVIN NATHANIEL FOX
              UNITED STATES MAGISTRATE JUDGE