UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT RITCH, M.D. AND ROBERT RITCH, M.D., LLC,

        Plaintiffs,

-against-

NEW YORK EYE AND EAR INFIRMARY and JAMES C. TSAI, MT. SINAI,

        Defendants.

20 Civ. 7344 (KNF)

**ORDER**

The parties submit this proposed discovery plan pursuant to the Court's Order, dated July 30, 2021:

1. All discovery to be initiated so as to be completed on or before January 3, 2022.

2. Any dispositive motion shall be filed on or before February 2, 2022.

3. The response to any such dispositive motion and any reply shall be made in accordance with Local Civil Rule 6.1 of this court; and

4. If no dispositive motion is made, the parties shall submit their joint pretrial order to the Court on or before February 2, 2022. That document must conform to the requirements for such an order that are found in the Court's Individual Rules of Practice.

Date: New York, New York
      August 29, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE