UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RITCH ET AL,

                                      **ORDER**

                 Plaintiffs,            **20-CV-7344 (JW)**

        -against-

NEW YORK EYE AND EAR INFIRMARY ET AL,

                 Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Plaintiff shall file a redline demonstrating all the changes made from the second amended complaint to the proposed third amended complaint by **September 15, 2022**.

      SO ORDERED.

DATED:    New York, New York
               September 13, 2022

                                                                   _____
                                                                   JENNIFER E. WILLIS
                                                                   United States Magistrate Judge