UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RITCH ET AL,

                                Plaintiffs,

        -against-

NEW YORK EYE AND EAR INFIRMARY ET AL,

                                Defendants.
------------------------------------------------------------------X

**ORDER**

**20-CV-7344 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The parties must appear for a telephonic conference on **January 10, 2023 at 10:30 a.m.** regarding docket number 89. Counsel for the parties and Plaintiffs are directed to call Judge Willis's Chambers court conference line at the scheduled time. **Please dial (888) 363-4734, Access code: 9711213**.

       SO ORDERED.

DATED:     New York, New York
               January 9, 2023

                                                          _____
                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge