UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RITCH ET AL,

                                Plaintiffs,

        -against-

NEW YORK EYE AND EAR INFIRMARY ET AL,

                              Defendants.
------------------------------------------------------------------X

**ORDER**

**20-CV-7344 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court will reschedule the parties' January 10, 2023 conference to **January 19, 2023 at 9:30 a.m.** Counsel for the parties and Plaintiffs must appear in person in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.  By **January 12, 2023**, Plaintiffs' counsel shall provide the Court with a redline comparing the Second Amended Complaint (Dkt. No. 28) with the Third Amended Complaint (Dkt. No. 91).  Plaintiffs' counsel states that he has made the Court-authorized changes and additional minor deletions.  Dkt. No. 93.  However, on prior occasions, counsel has made additional changes that were neither authorized nor minor, and thus the Court needs to confirm what exactly Plaintiffs' counsel has done.

       Discovery is extended to **February 3, 2023**.  As the Court previously ordered, Plaintiffs are not entitled to any additional discovery.  Dkt. No. 63.  The Court only extends discovery to allow Defendants to depose Plaintiff Ritch and take additional discovery on any new factual allegations and claims in the Third Amended Complaint.  Id.

       Summary judgment motions are due **March 2, 2023**.  Opposition papers are due **March 31, 2023**, and any reply papers are due **April 21, 2023**.

       The Clerk of Court is respectfully directed to close docket number 97.

       SO ORDERED.

DATED:   New York, New York
         January 10, 2023

                                                                                                              _____
                                                                                                              JENNIFER E. WILLIS
                                                                                                              United States Magistrate Judge