**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

RITCH ET AL,

                              Plaintiffs,

              -against-

NEW YORK EYE AND EAR INFIRMARY ET AL,

                           Defendants.

-----------------------------------------------------------------X

**ORDER**

**20-CV-7344 (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On January 10, 2023, the Court ordered Plaintiffs' counsel to provide the Court with a redline comparing the Second Amended Complaint (Dkt. No. 28) with the Third Amended Complaint (Dkt. No. 91) by January 12, 2023.  Dkt. No. 98.  Plaintiffs' counsel has again failed to follow Court deadlines.  Plaintiffs' counsel shall file on the docket the aforementioned redline by **5:00pm today, January 13, 2023**.

      SO ORDERED.

DATED:     New York, New York
              January 13, 2023

                                             *Jennifer E. Willis*
                                    JENNIFER E. WILLIS
                                  United States Magistrate Judge