**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

RITCH ET AL,

**ORDER**

Plaintiffs,        **20-CV-7344 (JW)**

-against-

NEW YORK EYE AND EAR INFIRMARY ET AL,

Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Discovery is extended to **February 17, 2023** solely for Defendants to depose Plaintiff Ritch.  The parties shall find a mutually agreeable deposition date and file a joint letter confirming such date by **February 3, 2023**.  Defendants may depose Ritch for seven hours.  The parties shall file a joint letter to confirm that the deposition has occurred.  The parties' briefing schedule is amended as follows: summary judgment motions are due **March 16, 2023**.  Any oppositions are due **April 14, 2023**.  Any replies are due **May 5, 2023**.

The Clerk of Court is respectfully directed to close docket number 108.

SO ORDERED.

DATED:    New York, New York
          January 30, 2023

*Jennifer E. Willis*

JENNIFER E. WILLIS
United States Magistrate Judge